UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SANDOR KAROLYI and EUGENIO CARMONA,
Individually and on Behalf of All
Others Similarly Situated,

                Plaintiffs,

-against-                    18 **CIVIL** 11323 (LLS)

**JUDGMENT**

LOMA NEGRA COMPANIA INDUSTRIAL
ARGENTINA SOCIEDAD ANONIMA, LOMA
NEGRA HOLDING GmbH, SERGIO FEIFMAN,
MARCOS ISABELINO GRADIN, RICARDO
FONSECA DE MENDOCA LIMA, LUIZ
AUGUSTO KLECZ, PAULO SERGIO DE
OLIVEIRA DINIZ, CARLOS BOERO HUGHES,
DIANA MONDINO, and SERGIO DANIEL
ALONSO,

                Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 27, 2020, Defendants' motion to dismiss the amended complaint is granted in its entirety.

**Dated:**  New York, New York

      April 29, 2020

                                        **RUBY J. KRAJICK**
                                        _____
                                        **Clerk of Court**
                    **BY:**
                                        **Deputy Clerk**